UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

U.S. DISTRICT COURT
JAN 11 10 53 AM '02
EAST. DIST. MICHIGAN
SOUTHERN DISTRICT

EDWARD WEDERATH,

Plaintiff,

v.

CITY OF DETROIT, et al.,

Defendants.
_______________________________/

CIVIL CASE NO. 00-40284

HONORABLE PAUL V. GADOLA
U.S. DISTRICT JUDGE

**ORDER**

Before the Court is Plaintiff's "motion to reinstate case, to enter judgment nunc pro tunc and for sanctions" [docket entry 47]. Plaintiff seeks the following relief: (1) reinstatement of the case and entry of judgment nunc pro tunc from the July 25, 2001; (2) an award of interest from July 25, 2001 to the date of payment of judgment; (3) daily $100.00 sanctions until payment is made; and (4) costs and attorney's fees of $1,000.00. Plaintiff filed this motion because Defendants had not paid the $25,000.00 settlement to which the parties had agreed.

Shortly after Plaintiff filed this motion, Defendants paid the $25,000.00. This renders moot any need to reinstate the case. Regarding the other relief that Plaintiff seeks, Plaintiff violated Local Rule 7.1(c)(2) by failing to provide the legal authority in his brief that would warrant such relief.

Accordingly,

Plaintiff's "motion to reinstate case, to enter judgment

49

nunc pro tunc and for sanctions" [docket entry 47] is **DENIED.**

**SO ORDERED.**

Dated: 1/10/02

HON. PAUL V. GADOLA
UNITED STATES DISTRICT JUDGE

PURSUANT TO RULE 77(d), FRCivP
COPIES HAVE BEEN MAILED TO:
Lauri R. Ellias
Dennis Burnett

ON 1/11, 2002

DEPUTY COURT CLERK